■ In the Matter of LIBERTY MUTUAL FIRE INSURANCE COMPANY, Respondent, v LISA SCORSE, Respondent-Respondent, and BALBOA INSURANCE COMPANY, Appellant, et al., Respondent. — Judgment of the Supreme Court, Suffolk County (Doyle, J.), dated February 17, 1984, affirmed, without costs or disbursements. No opinion. ¶ Appeal from an order of the Supreme Court, Suffolk County (Doyle, J.), dated December 27, 1983, dismissed, without costs or disbursements. (See *Matter of Aho*, 39 NY2d 241, 248.) Thompson, J. P., Bracken, Rubin and Eiber, JJ., concur.